# Ogden *v.* Lyman.

The Court
will not erase
a writ of error
from the dock-
et, which has
no date, but
was served in
October, and
returnable in
June then *next.*
On plaintiff's
withdrawing
such writ, de-
fendant may
enter for costs,
but no dama-
ges will be as-
sessed in his
favour.

THE plaintiff made a motion to erase this case from
the docket, the writ of error having no date.

*Perkins*, (of Hartford) for the defendant, contended,
that its having been served on the 5th of October, 1801,
and returnable to the Court of Errors in June then *next*,
was sufficient, without a date.

*Brown*, contrà, insisted that it was a nullity.

THE COURT refused to erase it.

The plaintiff then withdrew his suit. The defendant entered for costs, and moved the Court to assess damages in his favour, and, as such, to allow interest on the judgment below. This was objected to, by the plaintiff's *Counsel*, on the ground, that as the writ of error was not dated, it could not be a *supersedeas*.

THE COURT, by the casting vote of the GOVERNOR, refused to allow the damages, but allowed costs.